

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-27-2004

# Saudi Basic Ind v. Exxon Corp

Precedential or Non-Precedential: Precedential

Docket No. 02-2130

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Saudi Basic Ind v. Exxon Corp" (2004). *2004 Decisions.* Paper 738.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/738

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————

No. 02-2130

———————————

EXXON MOBIL CORPORATION;
EXXON CHEMICAL ARABIA, INC.;
MOBIL YANBU PETROCHEMICAL COMPANY, INC.

v.

SAUDI BASIC INDUSTRIES CORPORATION,

Appellant

———————————

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 00-cv-03841)
District Judge: Honorable William H. Walls

———————————

Argued December 9, 2003

———————————

Before: AMBRO, FUENTES and CHERTOFF, <u>Circuit Judges</u>

**<u>ORDER  AMENDING  PUBLISHED  OPINION</u>**

AMBRO, *Circuit Judge*

It is now ordered that the published Opinion in the above case filed March
24, 2004, be amended as follows:

On page 5, in the left column, before the <u>Lubrizol</u> citation, delete the words "wholly-owned" so that the sentence reads, "Claims and issues decided against an entity bind also its parties in privity, including subsidiaries."

By the Court,


<u>/s/ Thomas L. Ambro</u>
Circuit Judge


Dated: April 27, 2004